UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATHANIEL SMILEY,

    Plaintiff,

v.                                              CASE NO.  8:16-cv-1065-T-26AEP

NATIONSTAR MORTGAGE, LLC, d/b/a
Championship Mortgage Company, and
VERTICAL LEND, INC.,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with Plaintiff's counsel's written submissions, it is **ORDERED AND ADJUDGED** that the Motion to Reconsider Motion to Reopen Case (Dkt. 35) is **denied.** Plaintiff, even if indigent as his counsel alleges, is not foreclosed from reinstituting this case by seeking *in forma pauperis* status pursuant to 28 U.S.C. § 1915 which would enable him to proceed without prepayment of the Clerk's filing fee and to have the assistance of the United States Marshal Service to effect service of process on Defendant Vertical Lend, Inc., free of charge.  Furthermore, Plaintiff is bound by the negligent acts of his counsel (as counsel detailed in the motion) whom he chose to represent him.  See Pioneer Invest. Serv. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 396, 113 S.Ct. 1489, 1499, 123 L.Ed.2d 74 (1993); see also

Downs v. McNeil, 520 F.3d 1311, 1320 (11th Cir. 2008) (quoting Pioneer for the proposition that "clients must be held accountable for the acts and omissions of their attorneys."). Finally, even if Plaintiff's counsel had timely applied for a default final judgment, this Court would have denied such relief to Plaintiff because the allegations of count one of the second amended complaint, even when viewed in the light most favorable to Plaintiff, wholly fail to allege a cause of action for fraud in the inducement against Defendant Vertical Lend, Inc. Consequently, there is not a sufficient basis in Plaintiff's second amended complaint justifying the entry of a default judgment against Defendant Vertical Lend, Inc. See Surtain v. Hamlin Terrace Found., 789 F.3d 1239, 1245 (11th Cir. 2015).

**DONE AND ORDERED** at Tampa, Florida, on December 2, 2016.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record